UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLAN C HERNANDEZ,

    Plaintiff,

v.

RALPH DIAZ, et al.,

    Defendants.

Case No. 19-cv-02135-SI

**REFERRAL FOR RELATED CASE DETERMINATION**

Pursuant to Northern District of California Civil Local Rule 3-12(c), this case is hereby REFERRED *sua sponte* to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, Case No. 19-cv-1928 LHK. The cases appear to assert the same or similar claims against the same or similar Defendants.

The clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED**.

Dated: May 3, 2019

_____
SUSAN ILLSTON
United States District Judge